IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Sylvester, Michael D.                    CASE NO. 521-13-06990

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending November 30                    , 20 2014

BEGINNING BALANCE IN ALL ACCOUNTS          $ 22,089.16

RECEIPTS:
    1. Receipts from operations          $ 67,801.64
    2. Other Receipts                     $ 0.00

DISBURSEMENTS:
    3. Net payroll:
      a. Officers                         $ 0.00
      b. Others                           $ 0.00

    4. Taxes
      a. Federal Income Taxes             $ 0.00
      b. FICA withholdings                $ 0.00
      c. Employee's withholdings          $ 0.00
      d. Employer's FICA                  $ 0.00
      e. Federal Unemployment Taxes       $ 0.00
      f. State Income Tax                 $ 0.00
      g. State Employee withholdings      $ 0.00
      h. All other state taxes            $ 0.00

    5. Necessary expenses:
      a. Rent or mortgage payments(s)     $ 1,000.00
      b. Utilities                        $ 385.25
      c. Insurance                        $ 3,711.95
      d. Merchandise bought for manufacture or sale     $ 25,982.37
      e. Other necessary expenses (specify)
        See Attached for Remaining Expenses          $ 46,626.43

                                                     $

TOTAL DISBURSEMENTS                          $ 77,706.00

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD      $ -9,904.36

ENDING BALANCE IN Suburban Bank & Trust 5179          $ -5,072.77
    (Name of Bank)
ENDING BALANCE IN Suburban Bank & Trust 5187          $ 17,257.57
    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS               $ 12,184.80

OPERATING REPORT   Page 1

EXHIBIT "B"

# Additional Expenses for the
## Summary of Cash Receipts and Cash Disbursements
### November 2014

| | | |
|---|---:|---:|
| Beveling | | 1,977.51 |
| Job Finder | | 229.95 |
| Merchant Fees | | 1,529.88 |
| Equipment Rental for Jobs | | 0.00 |
| Other Job Related Cost | | 0.00 |
| Resilvering | | 0.00 |
| Subcontractors Expense | | 29,800.00 |
| Tools and Small Equipment | | 0.00 |
| **Auto and Truck Expenses** | | |
| Fuel | 2,253.87 | |
| Parking | 0.00 | |
| Tolls | 120.00 | |
| Auto and Truck Expenses - Other | 60.00 | |
| Total Auto and Truck Expenses | | 2,433.87 |
| Advertising | | 399.00 |
| Background Checks | | 0.00 |
| Bank Service Charges | | 413.73 |
| Computer and Internet Expenses | | 332.16 |
| Continuing Education | | 0.00 |
| Credit Card Payment | | 400.00 |
| Equipment Rental | | 0.00 |
| Fines & Tickets | | 100.00 |
| Licenses & Permits | | 0.00 |
| Meals and Entertainment | | 1,111.88 |
| **Office Expense** | | |
| Mailings | 71.49 | |
| Office Expense - Other | 77.44 | |
| Total Office Expense | | 148.93 |
| Office Supplies | | 0.00 |
| **Personal** | | |
| Cedar Lake Rental Repairs | 1,289.99 | |
| Groceries | 324.35 | |
| Charitable | 427.38 | |
| Clothing | 306.14 | |
| Crown Point Home | 0.00 | |
| Personal - Other | 3,583.48 | |
| Total Personal | | 5,931.34 |
| Professional Fees | | 0.00 |
| Property Taxes | | 1,300.00 |
| Refund to Customer | | 192.50 |
| Repairs & Maintenance | | 0.00 |
| Retail Use Tax | | 0.00 |
| Shop Supplies | | 161.13 |
| Telephone Expense | | 164.55 |
| Travel | | 0.00 |
| Work Clothing | | 0.00 |
| **Total Additional Expenses** | | 46,626.43 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Sylvester, Michael D.   CASE NO.: 521-13-06990

RECEIPTS LISTING

FOR MONTH ENDING November 30 , 20 14

Bank: Suburban Bank & Trust

Location: 9901 S Western Ave, Chicago, IL

Account Name: Beverly Glass Service

Account No.: 7034005179

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

# See Attached

TOTAL: 14,384.29

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

9:57 AM
12/16/14

## Beverly Glass Service
### Transaction Detail By Account
November 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|-----------------|---------|
| **Credit Card Sales** | | | | | | | | | | | |
| Deposit | 11/03/14 | | | | Deposit | | 5179 | | 778.50 | 778.50 | 778.50 |
| Deposit | 11/03/14 | | | | Deposit | | 5179 | | 1,181.25 | 1,181.25 | 1,959.75 |
| Deposit | 11/05/14 | | | | Deposit | | 5179 | | 614.25 | 614.25 | 2,574.00 |
| Deposit | 11/06/14 | | | | Deposit | | 5179 | | 2,031.00 | 2,031.00 | 4,605.00 |
| Deposit | 11/07/14 | | | | Deposit | | 5179 | | 1,103.00 | 1,103.00 | 5,708.00 |
| Deposit | 11/10/14 | | | | Deposit | | 5179 | | 480.50 | 480.50 | 6,188.50 |
| Deposit | 11/12/14 | | | | Deposit | | 5179 | | 200.00 | 200.00 | 6,388.50 |
| Deposit | 11/12/14 | | | | Deposit | | 5179 | | 986.85 | 986.85 | 7,375.35 |
| Deposit | 11/13/14 | | | | Deposit | | 5179 | | 741.69 | 741.69 | 8,117.04 |
| Deposit | 11/14/14 | | | | Deposit | | 5179 | | 828.00 | 828.00 | 8,945.04 |
| Deposit | 11/17/14 | | | | Deposit | | 5179 | | 203.25 | 203.25 | 9,148.29 |
| Deposit | 11/17/14 | | | | Deposit | | 5179 | | 725.00 | 725.00 | 9,873.29 |
| Deposit | 11/18/14 | | | American Express | Deposit | | 5179 | | 407.50 | 407.50 | 10,280.79 |
| Deposit | 11/19/14 | | | | Deposit | | 5179 | | 1,243.00 | 1,243.00 | 11,523.79 |
| Deposit | 11/20/14 | | | | Deposit | | 5179 | | 412.50 | 412.50 | 11,936.29 |
| Deposit | 11/20/14 | | | | Deposit | | 5179 | | 1,442.50 | 1,442.50 | 13,378.79 |
| Deposit | 11/21/14 | | | American Express | Deposit | | 5179 | | 50.00 | 50.00 | 13,428.79 |
| Deposit | 11/21/14 | | | | Deposit | | 5179 | | 247.00 | 247.00 | 13,675.79 |
| Deposit | 11/24/14 | | | | Deposit | | 5179 | | 126.25 | 126.25 | 13,802.04 |
| Deposit | 11/24/14 | | | | Deposit | | 5179 | | 318.50 | 318.50 | 14,120.54 |
| Deposit | 11/25/14 | | | | Deposit | | 5179 | | 200.00 | 200.00 | 14,320.54 |
| Deposit | 11/28/14 | | | American Express | Deposit | | 5179 | | 63.75 | 63.75 | 14,384.29 |
| **Total Credit Card Sales** | | | | | | | | 0.00 | 14,384.29 | | 14,384.29 |
| **TOTAL** | | | | | | | | 0.00 | 14,384.29 | | 14,384.29 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Sylvester, Michael D.   CASE NO.: 521-13-06990

DISBURSEMENT LISTING

FOR MONTH ENDING November 30 , 20 2014

Bank: Suburban Bank & Trust

Location: 9901 S Western Ave, Chicago, IL

Account Name: Beverly Glass Service

Account No.: 7034005179

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

# See Attached

TOTAL: 34,341.98

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

9:59 AM

12/16/14

**Beverly Glass Service**

**Profit & Loss Detail**

November 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|---------|
| **Ordinary Income/Expense** | | | | | | | | | | |
| **Income** | | | | | | | | | | |
| **Credit Card Sales** | | | | | | | | | | |
| Deposit | 11/03/14 | | | | Deposit | | 5179 | | 778.50 | 778.50 |
| Deposit | 11/03/14 | | | | Deposit | | 5179 | | 1,181.25 | 1,959.75 |
| Deposit | 11/05/14 | | | | Deposit | | 5179 | | 614.25 | 2,574.00 |
| Deposit | 11/06/14 | | | | Deposit | | 5179 | | 2,031.00 | 4,605.00 |
| Deposit | 11/07/14 | | | | Deposit | | 5179 | | 1,103.00 | 5,708.00 |
| Deposit | 11/10/14 | | | | Deposit | | 5179 | | 480.50 | 6,188.50 |
| Deposit | 11/12/14 | | | | Deposit | | 5179 | | 200.00 | 6,388.50 |
| Deposit | 11/12/14 | | | | Deposit | | 5179 | | 986.85 | 7,375.35 |
| Deposit | 11/13/14 | | | | Deposit | | 5179 | | 741.69 | 8,117.04 |
| Deposit | 11/14/14 | | | | Deposit | | 5179 | | 828.00 | 8,945.04 |
| Deposit | 11/17/14 | | | | Deposit | | 5179 | | 203.25 | 9,148.29 |
| Deposit | 11/17/14 | | | American Express | Deposit | | 5179 | | 725.00 | 9,873.29 |
| Deposit | 11/18/14 | | | | Deposit | | 5179 | | 407.50 | 10,280.79 |
| Deposit | 11/19/14 | | | | Deposit | | 5179 | | 1,243.00 | 11,523.79 |
| Deposit | 11/20/14 | | | | Deposit | | 5179 | | 412.50 | 11,936.29 |
| Deposit | 11/20/14 | | | | Deposit | | 5179 | | 1,442.50 | 13,378.79 |
| Deposit | 11/21/14 | | | | Deposit | | 5179 | | 50.00 | 13,428.79 |
| Deposit | 11/21/14 | | | American Express | Deposit | | 5179 | | 247.00 | 13,675.79 |
| Deposit | 11/24/14 | | | | Deposit | | 5179 | | 126.25 | 13,802.04 |
| Deposit | 11/24/14 | | | | Deposit | | 5179 | | 318.50 | 14,120.54 |
| Deposit | 11/25/14 | | | | Deposit | | 5179 | | 200.00 | 14,320.54 |
| Deposit | 11/28/14 | | | American Express | Deposit | | 5179 | | 63.75 | 14,384.29 |
| Total Credit Card Sales | | | | | | | | 0.00 | 14,384.29 | 14,384.29 |
| Total Income | | | | | | | | 0.00 | 14,384.29 | 14,384.29 |
| **Cost of Goods Sold** | | | | | | | | | | |
| **Materials** | | | | | | | | | | |
| **Glass** | | | | | | | | | | |
| Check | 11/18/14 | | | | Temp Tech Glass | | 5179 | 527.99 | | 527.99 |
| Check | 11/25/14 | | | | Temp Tech Glass | | 5179 | 106.50 | | 634.49 |
| Total Glass | | | | | | | | 634.49 | 0.00 | 634.49 |
| **Hardware** | | | | | | | | | | |
| Check | 11/24/14 | | | | Menards | | 5179 | 15.99 | | 15.99 |
| Check | 11/25/14 | | | | Menards | | 5179 | 18.88 | | 34.87 |
| Total Hardware | | | | | | | | 34.87 | 0.00 | 34.87 |
| Total Materials | | | | | | | | 669.36 | 0.00 | 669.36 |
| **Subcontractors Expense** | | | | | | | | | | |
| Check | 11/04/14 | 1312 | | | | | 5179 | 1,300.00 | | 1,300.00 |
| Check | 11/04/14 | 1313 | | | | | 5179 | 2,300.00 | | 3,600.00 |
| Check | 11/05/14 | 1314 | | | | | 5179 | 1,562.50 | | 5,162.50 |
| Check | 11/06/14 | 1316 | | | | | 5179 | 2,500.00 | | 7,662.50 |
| Check | 11/06/14 | 1317 | | | | | 5179 | 1,500.00 | | 9,162.50 |
| Check | 11/07/14 | 1315 | | | | | 5179 | 1,575.00 | | 10,737.50 |
| Check | 11/10/14 | 1319 | | | | | 5179 | 2,500.00 | | 13,237.50 |
| Check | 11/12/14 | 1318 | | | | | 5179 | 2,500.00 | | 15,737.50 |
| Check | 11/17/14 | 1320 | | | | | 5179 | 1,937.50 | | 17,675.00 |
| Check | 11/17/14 | 1322 | | | | | 5179 | 1,162.50 | | 18,837.50 |
| Check | 11/18/14 | 1321 | | | | | 5179 | 1,937.50 | | 20,775.00 |
| Check | 11/24/14 | 1323 | | | | | 5179 | 1,750.00 | | 22,525.00 |
| Check | 11/28/14 | 1325 | | | | | 5179 | 1,000.00 | | 23,525.00 |
| Check | 11/28/14 | 1326 | | | | | 5179 | 1,475.00 | | 25,000.00 |
| Check | 11/28/14 | 1328 | | | | | 5179 | 1,300.00 | | 26,300.00 |
| Check | 11/28/14 | 1331 | | | | | 5179 | 1,500.00 | | 27,800.00 |
| Check | 11/28/14 | 1332 | | | | | 5179 | 2,000.00 | | 29,800.00 |
| Total Subcontractors Expense | | | | | | | | 29,800.00 | 0.00 | 29,800.00 |
| **Merchant Fees** | | | | | | | | | | |
| Check | 11/03/14 | | | | | | 5179 | 14.85 | | 14.85 |
| Check | 11/03/14 | | | | | | 5179 | 23.70 | | 38.55 |
| Check | 11/03/14 | | | | | | 5179 | 44.13 | | 82.68 |
| Check | 11/05/14 | | | | | | 5179 | 44.44 | | 127.12 |
| Check | 11/06/14 | | | | | | 5179 | 10.52 | | 137.64 |
| Check | 11/07/14 | | | | | | 5179 | 18.96 | | 156.60 |
| Check | 11/07/14 | | | | | | 5179 | 22.06 | | 178.66 |
| Deposit | 11/10/14 | | | | Deposit | | 5179 | | 1.54 | 177.12 |
| Check | 11/10/14 | | | | | | 5179 | 7.40 | | 184.52 |
| Check | 11/12/14 | | | | | | 5179 | 94.25 | | 278.77 |
| Check | 11/12/14 | | | | | | 5179 | 0.84 | | 279.61 |
| Check | 11/13/14 | | | | | | 5179 | 5.87 | | 285.48 |
| Check | 11/14/14 | | | | | | 5179 | 7.10 | | 292.58 |
| Check | 11/17/14 | | | | | | 5179 | 14.73 | | 307.31 |
| Check | 11/17/14 | | | | | | 5179 | 1.00 | | 308.31 |
| Check | 11/17/14 | | | | | | 5179 | 1.54 | | 309.85 |
| Check | 11/17/14 | | | | | | 5179 | 2.63 | | 312.48 |
| Check | 11/18/14 | | | | | | 5179 | 198.35 | | 510.83 |
| Check | 11/19/14 | | | | | | 5179 | 5.76 | | 516.59 |
| Check | 11/20/14 | | | | | | 5179 | 7.52 | | 524.11 |
| Check | 11/21/14 | | | | | | 5179 | 11.07 | | 535.18 |
| Check | 11/24/14 | | | | | | 5179 | 0.39 | | 535.57 |
| Check | 11/24/14 | | | | | | 5179 | 2.69 | | 538.26 |
| Check | 11/24/14 | | | | | | 5179 | 8.20 | | 546.46 |
| Check | 11/28/14 | | | | | | 5179 | 8.17 | | 554.63 |

9:59 AM
12/16/14

**Beverly Glass Service**

**Profit & Loss Detail**

November 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|---------|
| Check | 11/28/14 | | | | | | 5179 | 975.25 | | 1,529.88 |
| **Total Merchant Fees** | | | | | | | | 1,531.42 | 1.54 | 1,529.88 |
| Total COGS | | | | | | | | 32,000.78 | 1.54 | 31,999.24 |
| Gross Profit | | | | | | | | 32,000.78 | 14,385.83 | -17,614.95 |
| **Expense** | | | | | | | | | | |
| **Bank Service Charges** | | | | | | | | | | |
| Check | 11/17/14 | | | | | | | 3.00 | | 3.00 |
| Check | 11/19/14 | | | | | | 5179 | 35.00 | | 38.00 |
| Check | 11/24/14 | | | | | | 5179 | 1.00 | | 39.00 |
| Check | 11/24/14 | | | | | | 5179 | 1.00 | | 40.00 |
| Check | 11/24/14 | | | | | | 5179 | 1.00 | | 41.00 |
| Check | 11/24/14 | | | | | | 5179 | 1.00 | | 42.00 |
| Check | 11/24/14 | | | | | | 5179 | 1.00 | | 43.00 |
| Check | 11/24/14 | | | | | | 5179 | 3.00 | | 46.00 |
| Check | 11/24/14 | | | | | | 5179 | 3.00 | | 49.00 |
| Check | 11/24/14 | | | | | | 5179 | 3.00 | | 52.00 |
| Check | 11/24/14 | | | | | | 5179 | 3.00 | | 55.00 |
| Check | 11/24/14 | | | | | | 5179 | 3.00 | | 58.00 |
| Check | 11/25/14 | | | | | | 5179 | 8.00 | | 66.00 |
| Check | 11/25/14 | | | | | | 5179 | 35.00 | | 101.00 |
| Check | 11/25/14 | | | | | | 5179 | 3.78 | | 104.78 |
| Check | 11/26/14 | | | | | | 5179 | 35.00 | | 139.78 |
| Check | 11/28/14 | | | | | | 5179 | 8.00 | | 147.78 |
| Check | 11/28/14 | | | | | | 5179 | 15.00 | | 162.78 |
| **Total Bank Service Charges** | | | | | | | | 162.78 | 0.00 | 162.78 |
| **Auto and Truck Expenses** | | | | | | | | | | |
| **Fuel** | | | | | | | | | | |
| Check | 11/10/14 | | | Exxon Mobil | | | 5179 | 54.36 | | 54.36 |
| Check | 11/10/14 | | | Shell | | | 5179 | 63.40 | | 117.76 |
| Check | 11/21/14 | | | Thorntons | | | 5179 | 69.70 | | 187.46 |
| **Total Fuel** | | | | | | | | 187.46 | 0.00 | 187.46 |
| **Auto and Truck Expenses - Other** | | | | | | | | | | |
| Check | 11/10/14 | | | M Ojeda Tire Shop | | | 5179 | 60.00 | | 60.00 |
| **Total Auto and Truck Expenses - Other** | | | | | | | | 60.00 | 0.00 | 60.00 |
| **Total Auto and Truck Expenses** | | | | | | | | 247.46 | 0.00 | 247.46 |
| **Personal** | | | | | | | | | | |
| Check | 11/17/14 | | | | Misc | | 5179 | 500.00 | | 500.00 |
| Check | 11/24/14 | | | | Misc | | 5179 | 80.00 | | 580.00 |
| Check | 11/24/14 | | | | Misc | | 5179 | 100.00 | | 680.00 |
| Check | 11/24/14 | | | | Misc | | 5179 | 100.00 | | 780.00 |
| Check | 11/24/14 | | | | Misc | | 5179 | 500.00 | | 1,280.00 |
| Check | 11/24/14 | | | | Misc | | 5179 | 200.00 | | 1,480.00 |
| **Total Personal** | | | | | | | | 1,480.00 | 0.00 | 1,480.00 |
| **Office Expense** | | | | | | | | | | |
| Check | 11/24/14 | | | American Express C... | | | 5179 | 52.50 | | 52.50 |
| **Total Office Expense** | | | | | | | | 52.50 | 0.00 | 52.50 |
| **Total Expense** | | | | | | | | 1,942.74 | 0.00 | 1,942.74 |
| Net Ordinary Income | | | | | | | | 33,943.52 | 14,385.83 | -19,557.69 |
| **Net Income** | | | | | | | | **33,943.52** | **14,385.83** | **-19,557.69** |

-1.54 - Merchant Fee
Refunded

33,941.98
+ 400.00 credit card
payments

34,341.98

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Sylvester, Michael D.   CASE NO.: 521-13-06990

RECEIPTS LISTING

FOR MONTH ENDING November 30 , 20 14

Bank: Suburban Bank & Trust

Location: 9901 S Western Ave, Chicago, IL

Account Name: Beverly Glass Service

Account No.: 7034005187

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

# See Attached

TOTAL: 53,417.35

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

9:58 AM
12/16/14

**Beverly Glass Service**
**Transaction Detail By Account**
November 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|-----------------|---------|
| **Sales** | | | | | | | | | | | |
| Deposit | 11/03/14 | | | | Deposit | | 5187 | | 10,561.50 | 10,561.50 | 10,561.50 |
| Deposit | 11/05/14 | | | | Deposit | | 5187 | | 2,241.90 | 2,241.90 | 12,803.40 |
| Deposit | 11/10/14 | | | | Deposit | | 5187 | | 6,377.70 | 6,377.70 | 19,181.10 |
| Deposit | 11/17/14 | | | | Deposit | | 5187 | | 3,051.00 | 3,051.00 | 22,232.10 |
| Deposit | 11/17/14 | | | | Deposit | | 5187 | | 5,245.00 | 5,245.00 | 27,477.10 |
| Deposit | 11/24/14 | | | | Deposit | | 5187 | | 1,180.00 | 1,180.00 | 28,657.10 |
| Deposit | 11/24/14 | | | | Deposit | | 5187 | | 2,663.75 | 2,663.75 | 31,320.85 |
| Deposit | 11/25/14 | | | | Deposit | | 5187 | | 9,000.00 | 9,000.00 | 40,320.85 |
| Deposit | 11/26/14 | | | | Deposit | | 5187 | | 10,800.00 | 10,800.00 | 51,120.85 |
| Deposit | 11/28/14 | | | | Deposit | | 5187 | | 2,296.50 | 2,296.50 | 53,417.35 |
| **Total Sales** | | | | | | | | 0.00 | 53,417.35 | | 53,417.35 |
| **TOTAL** | | | | | | | | 0.00 | 53,417.35 | | 53,417.35 |

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Sylvester, Michael D.   CASE NO.: 521-13-06990

DISBURSEMENT LISTING

FOR MONTH ENDING November 30 , 20 14

Bank: **Suburban Bank & Trust**

Location: **9901 S Western Ave, Chicago, IL**

Account Name: **Beverly Glass Service**

Account No.: **7034005187**

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

# See Attached

TOTAL: 43,364.02

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

10:00 AM
12/16/14

**Beverly Glass Service**

**Profit & Loss Detail**

November 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|---------|
| **Ordinary Income/Expense** | | | | | | | | | | |
| **Income** | | | | | | | | | | |
| **Sales** | | | | | | | | | | |
| Deposit | 11/03/14 | | | | Deposit | | 5187 | | 10,561.50 | 10,561.50 |
| Deposit | 11/05/14 | | | | Deposit | | 5187 | | 2,241.90 | 12,803.40 |
| Deposit | 11/10/14 | | | | Deposit | | 5187 | | 6,377.70 | 19,181.10 |
| Deposit | 11/17/14 | | | | Deposit | | 5187 | | 3,051.00 | 22,232.10 |
| Deposit | 11/17/14 | | | | Deposit | | 5187 | | 5,245.00 | 27,477.10 |
| Deposit | 11/24/14 | | | | Deposit | | 5187 | | 1,180.00 | 28,657.10 |
| Deposit | 11/24/14 | | | | Deposit | | 5187 | | 2,663.75 | 31,320.85 |
| Deposit | 11/25/14 | | | | Deposit | | 5187 | | 9,000.00 | 40,320.85 |
| Deposit | 11/26/14 | | | | Deposit | | 5187 | | 10,800.00 | 51,120.85 |
| Deposit | 11/28/14 | | | | Deposit | | 5187 | | 2,296.50 | 53,417.35 |
| Total Sales | | | | | | | | 0.00 | 53,417.35 | 53,417.35 |
| Total Income | | | | | | | | 0.00 | 53,417.35 | 53,417.35 |
| **Cost of Goods Sold** | | | | | | | | | | |
| **Beveling** | | | | | | | | | | |
| Check | 11/03/14 | 1715 | | | | | 5187 | 471.46 | | 471.46 |
| Check | 11/03/14 | 1716 | | | | | 5187 | 59.72 | | 531.18 |
| Check | 11/07/14 | 1728 | | | | | 5187 | 126.72 | | 657.90 |
| Check | 11/14/14 | 1740 | | | | | 5187 | 512.72 | | 1,170.62 |
| Check | 11/18/14 | 1741 | | | | | 5187 | 445.05 | | 1,615.67 |
| Check | 11/24/14 | 1746 | | | | | 5187 | 176.02 | | 1,791.69 |
| Check | 11/28/14 | 1750 | | | | | 5187 | 185.82 | | 1,977.51 |
| Total Beveling | | | | | | | | 1,977.51 | 0.00 | 1,977.51 |
| **Job Finder** | | | | | | | | | | |
| Check | 11/03/14 | | | Indeed | | | 5187 | 150.00 | | 150.00 |
| Check | 11/18/14 | | | BidClerk | | | 5187 | 79.95 | | 229.95 |
| Total Job Finder | | | | | | | | 229.95 | 0.00 | 229.95 |
| **Materials** | | | | | | | | | | |
| **Glass** | | | | | | | | | | |
| Check | 11/04/14 | 1717 | | | | | 5187 | 55.19 | | 55.19 |
| Check | 11/04/14 | 1722 | | | | | 5187 | 3,283.10 | | 3,338.29 |
| Check | 11/06/14 | 1718 | | | | | 5187 | 648.29 | | 3,986.58 |
| Check | 11/06/14 | 1720 | | | | | 5187 | 531.46 | | 4,518.04 |
| Check | 11/07/14 | 1723 | | | | | 5187 | 152.43 | | 4,670.47 |
| Check | 11/13/14 | 1727 | | | | | 5187 | 386.14 | | 5,056.61 |
| Check | 11/14/14 | 1742 | | | | | 5187 | 475.89 | | 5,532.50 |
| Check | 11/14/14 | | | | | | 5187 | 3,269.83 | | 8,802.33 |
| Check | 11/17/14 | 1729 | | Chicago Tempered ... | | | 5187 | 138.14 | | 8,940.47 |
| Check | 11/17/14 | 1732 | | | | | 5187 | 1,247.56 | | 10,188.03 |
| Check | 11/17/14 | 1737 | | | | | 5187 | 99.00 | | 10,287.03 |
| Check | 11/17/14 | 1738 | | | | | 5187 | 360.35 | | 10,647.38 |
| Check | 11/19/14 | 1743 | | | | | 5187 | 921.80 | | 11,569.18 |
| Check | 11/19/14 | | | Temp Tech Glass | | | 5187 | 492.59 | | 12,061.77 |
| Check | 11/20/14 | 1744 | | | | | 5187 | 1,048.99 | | 13,110.76 |
| Check | 11/24/14 | | | Temp Tech Glass | | | 5187 | 32.19 | | 13,142.95 |
| Check | 11/28/14 | 1748 | | | | | 5187 | 209.00 | | 13,351.95 |
| Check | 11/28/14 | | | Chicago Tempered ... | | | 5187 | 215.16 | | 13,567.11 |
| | | | | | | | 5187 | 281.36 | | 13,848.47 |
| Total Glass | | | | | | | | 13,848.47 | 0.00 | 13,848.47 |
| **Hardware** | | | | | | | | | | |
| Check | 11/03/14 | | | True Value | | | 5187 | 23.77 | | 23.77 |
| Check | 11/03/14 | | | Home Depot | | | 5187 | 32.68 | | 56.45 |
| Check | 11/03/14 | | | True Value | | | 5187 | 45.98 | | 102.43 |
| Check | 11/03/14 | | | Menards | | | 5187 | 48.14 | | 150.57 |
| Check | 11/03/14 | | | Home Depot | | | 5187 | 72.39 | | 222.96 |
| Check | 11/03/14 | | | Home Depot | | | 5187 | 92.57 | | 315.53 |
| Check | 11/04/14 | | | Greenwood Hardware | | | 5187 | 6.50 | | 322.03 |
| Check | 11/05/14 | 1711 | | | | | 5187 | 2,000.00 | | 2,322.03 |
| Check | 11/07/14 | 1726 | | | | | 5187 | 117.02 | | 2,439.05 |
| Check | 11/12/14 | | | CR Laurence Co | | | 5187 | 530.63 | | 2,969.68 |
| Check | 11/14/14 | 1730 | | | | | 5187 | 1,603.51 | | 4,573.19 |
| Check | 11/20/14 | | | Lowes | | | 5187 | 5.74 | | 4,578.93 |
| Total Hardware | | | | | | | | 4,578.93 | 0.00 | 4,578.93 |
| **Metal** | | | | | | | | | | |
| Check | 11/04/14 | 1712 | | | | | 5187 | 1,282.76 | | 1,282.76 |
| Check | 11/04/14 | 1719 | | | | | 5187 | 1,755.12 | | 3,037.88 |
| Check | 11/28/14 | 1747 | | | | | 5187 | 398.27 | | 3,436.15 |
| Check | 11/28/14 | 1749 | | | | | 5187 | 1,550.09 | | 4,986.24 |
| Total Metal | | | | | | | | 4,986.24 | 0.00 | 4,986.24 |
| **Plastic** | | | | | | | | | | |
| Check | 11/14/14 | 1735 | | | | | 5187 | 292.35 | | 292.35 |
| Total Plastic | | | | | | | | 292.35 | 0.00 | 292.35 |
| **Shower Door Glass** | | | | | | | | | | |
| Check | 11/06/14 | 1721 | | | | | 5187 | 326.98 | | 326.98 |
| Check | 11/13/14 | 1725 | | | | | 5187 | 218.96 | | 545.94 |
| Check | 11/14/14 | 1734 | | | | | 5187 | 293.13 | | 839.07 |
| Check | 11/19/14 | 1736 | | | | | 5187 | 767.95 | | 1,607.02 |
| Total Shower Door Glass | | | | | | | | 1,607.02 | 0.00 | 1,607.02 |

10:00 AM
12/16/14

**Beverly Glass Service**

**Profit & Loss Detail**

November 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|---------|
| Total Materials | | | | | | | | 25,313.01 | 0.00 | 25,313.01 |
| Total COGS | | | | | | | | 27,520.47 | 0.00 | 27,520.47 |
| Gross Profit | | | | | | | | 27,520.47 | 53,417.35 | 25,896.88 |
| **Expense** | | | | | | | | | | |
| **Advertisement** | | | | | | | | | | |
| Check | 11/24/14 | | | Reach Local Inc | | | 5187 | 399.00 | | 399.00 |
| Total Advertisement | | | | | | | | 399.00 | 0.00 | 399.00 |
| **Bank Service Charges** | | | | | | | | | | |
| Check | 11/03/14 | | | | | | 5187 | 1.00 | | 1.00 |
| Check | 11/03/14 | | | | | | 5187 | 3.00 | | 4.00 |
| Check | 11/04/14 | 1724 | | | | | 5187 | 10.00 | | 14.00 |
| Check | 11/17/14 | | | | | | 5187 | 1.00 | | 15.00 |
| Check | 11/17/14 | | | | | | 5187 | 3.00 | | 18.00 |
| Check | 11/18/14 | | | | | | 5187 | 140.00 | | 158.00 |
| Check | 11/24/14 | | | | | | 5187 | 1.00 | | 159.00 |
| Check | 11/24/14 | | | | | | 5187 | 1.00 | | 160.00 |
| Check | 11/24/14 | | | | | | 5187 | 1.00 | | 161.00 |
| Check | 11/24/14 | | | | | | 5187 | 1.00 | | 162.00 |
| Check | 11/24/14 | | | | | | 5187 | 3.00 | | 165.00 |
| Check | 11/25/14 | | | | | | 5187 | 9.00 | | 174.00 |
| Check | 11/28/14 | | | | | | 5187 | 70.00 | | 244.00 |
| Check | 11/28/14 | | | | | | 5187 | 2.00 | | 246.00 |
| Check | 11/28/14 | | | | | | 5187 | 4.95 | | 250.95 |
| Total Bank Service Charges | | | | | | | | 250.95 | 0.00 | 250.95 |
| **Computer and Internet Expenses** | | | | | | | | | | |
| Check | 11/03/14 | | | Docstoc | | | 5187 | 19.95 | | 19.95 |
| Check | 11/04/14 | | | Microsoft Store | | | 5187 | 10.71 | | 30.66 |
| Check | 11/04/14 | | | Google | | | 5187 | 20.00 | | 50.66 |
| Check | 11/24/14 | | | AVG.COM | | | 5187 | 281.50 | | 332.16 |
| Total Computer and Internet Expenses | | | | | | | | 332.16 | 0.00 | 332.16 |
| **Auto and Truck Expenses** | | | | | | | | | | |
| **Fuel** | | | | | | | | | | |
| Check | 11/03/14 | | | Exxon Mobil | | | 5187 | 29.51 | | 29.51 |
| Check | 11/03/14 | | | Shell | | | 5187 | 35.00 | | 64.51 |
| Check | 11/03/14 | | | Caseys | | | 5187 | 40.01 | | 104.52 |
| Check | 11/03/14 | | | Exxon Mobil | | | 5187 | 40.95 | | 145.47 |
| Check | 11/03/14 | | | Crete Go Lo | | | 5187 | 43.60 | | 189.07 |
| Check | 11/03/14 | | | Crete Go Lo | | | 5187 | 73.25 | | 262.32 |
| Check | 11/04/14 | | | Speedway | | | 5187 | 20.00 | | 282.32 |
| Check | 11/04/14 | | | Exxon Mobil | | | 5187 | 34.05 | | 316.37 |
| Check | 11/06/14 | | | Exxon Mobil | | | 5187 | 60.01 | | 376.38 |
| Check | 11/07/14 | | | Exxon Mobil | | | 5187 | 55.01 | | 431.39 |
| Check | 11/10/14 | | | Thorntons | | | 5187 | 52.37 | | 483.76 |
| Check | 11/10/14 | | | Exxon Mobil | | | 5187 | 53.50 | | 537.26 |
| Check | 11/10/14 | | | Shell | | | 5187 | 58.55 | | 595.81 |
| Check | 11/11/14 | | | Exxon Mobil | | | 5187 | 44.75 | | 640.56 |
| Check | 11/13/14 | | | Thorntons | | | 5187 | 47.20 | | 687.76 |
| Check | 11/13/14 | | | Speedway | | | 5187 | 50.15 | | 737.91 |
| Check | 11/14/14 | | | Hart Dyer | | | 5187 | 30.02 | | 767.93 |
| Check | 11/14/14 | | | Exxon Mobil | | | 5187 | 37.14 | | 805.07 |
| Check | 11/17/14 | | | Thorntons | | | 5187 | 63.02 | | 868.09 |
| Check | 11/17/14 | | | Thorntons | | | 5187 | 46.50 | | 914.59 |
| Check | 11/17/14 | | | Speedway | | | 5187 | 57.01 | | 971.60 |
| Check | 11/17/14 | | | Exxon Mobil | | | 5187 | 59.51 | | 1,031.11 |
| Check | 11/17/14 | | | Lukes | | | 5187 | 62.65 | | 1,093.76 |
| Check | 11/19/14 | | | Thorntons | | | 5187 | 69.78 | | 1,163.54 |
| Check | 11/20/14 | | | Hart Dyer | | | 5187 | 36.50 | | 1,200.04 |
| Check | 11/20/14 | | | Hart Dyer | | | 5187 | 30.01 | | 1,230.05 |
| Check | 11/21/14 | | | Exxon Mobil | | | 5187 | 40.80 | | 1,270.85 |
| Check | 11/24/14 | | | Exxon Mobil | | | 5187 | 64.36 | | 1,335.21 |
| Check | 11/24/14 | | | Speedway | | | 5187 | 30.01 | | 1,365.22 |
| Check | 11/24/14 | | | Exxon Mobil | | | 5187 | 45.00 | | 1,410.22 |
| Check | 11/24/14 | | | Exxon Mobil | | | 5187 | 53.00 | | 1,463.22 |
| Check | 11/24/14 | | | Exxon Mobil | | | 5187 | 58.00 | | 1,521.22 |
| Check | 11/24/14 | | | Thorntons | | | 5187 | 59.76 | | 1,580.98 |
| Check | 11/25/14 | | | Shell | | | 5187 | 104.50 | | 1,685.48 |
| Check | 11/26/14 | | | Costco | | | 5187 | 61.67 | | 1,747.15 |
| Check | 11/28/14 | | | Exxon Mobil | | | 5187 | 42.01 | | 1,789.16 |
| Check | 11/28/14 | | | Exxon Mobil | | | 5187 | 36.02 | | 1,825.18 |
| Check | 11/28/14 | | | Meijer | | | 5187 | 52.71 | | 1,877.89 |
| Check | 11/28/14 | | | Shell | | | 5187 | 53.02 | | 1,930.91 |
| Check | 11/28/14 | | | Thorntons | | | 5187 | 60.50 | | 1,991.41 |
| Check | 11/28/14 | | | Marathon | | | 5187 | 75.00 | | 2,066.41 |
| Total Fuel | | | | | | | | 2,066.41 | 0.00 | 2,066.41 |
| **Tolls** | | | | | | | | | | |
| Check | 11/03/14 | | | iPass | | | 5187 | 40.00 | | 40.00 |
| Check | 11/17/14 | | | iPass | | | 5187 | 40.00 | | 80.00 |
| Check | 11/28/14 | | | iPass | | | 5187 | 40.00 | | 120.00 |
| Total Tolls | | | | | | | | 120.00 | 0.00 | 120.00 |
| Total Auto and Truck Expenses | | | | | | | | 2,186.41 | 0.00 | 2,186.41 |

10:00 AM
12/16/14

**Beverly Glass Service**

**Profit & Loss Detail**

November 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|---------|
| **Fines & Tickets** | | | | | | | | | | |
| Check | 11/21/14 | | | City of Chicago | | | 5187 | 100.00 | | 100.00 |
| Total Fines & Tickets | | | | | | | | 100.00 | 0.00 | 100.00 |
| **Insurance Expense** | | | | | | | | | | |
| **Business** | | | | | | | | | | |
| Check | 11/05/14 | | | AmTrust | | | 5187 | 1,593.00 | | 1,593.00 |
| Check | 11/25/14 | | | Country Mutual Insur... | | | 5187 | 774.99 | | 2,367.99 |
| Total Business | | | | | | | | 2,367.99 | 0.00 | 2,367.99 |
| **Health** | | | | | | | | | | |
| Check | 11/03/14 | | | Health Care Service | | | 5187 | 1,045.44 | | 1,045.44 |
| Total Health | | | | | | | | 1,045.44 | 0.00 | 1,045.44 |
| **Homeowners** | | | | | | | | | | |
| Check | 11/17/14 | | | Foremost | | | 5187 | 128.14 | | 128.14 |
| Check | 11/28/14 | | | State Farm Insurance | | | 5187 | 170.38 | | 298.52 |
| Total Homeowners | | | | | | | | 298.52 | 0.00 | 298.52 |
| Total Insurance Expense | | | | | | | | 3,711.95 | 0.00 | 3,711.95 |
| **Meals and Entertainment** | | | | | | | | | | |
| Check | 11/03/14 | | | Dunkin Donuts | | | 5187 | 18.27 | | 18.27 |
| Check | 11/03/14 | | | Subway | | | 5187 | 34.16 | | 52.43 |
| Check | 11/03/14 | | | Cooper's Hawk | | | 5187 | 35.99 | | 88.42 |
| Check | 11/03/14 | | | Red Robin | | | 5187 | 122.51 | | 210.93 |
| Check | 11/05/14 | | | The Original Pancak... | | | 5187 | 31.19 | | 242.12 |
| Check | 11/05/14 | | | Chicago's Pizza | | | 5187 | 57.25 | | 299.37 |
| Check | 11/06/14 | | | Horse Thief Hollow | | | 5187 | 41.22 | | 340.59 |
| Check | 11/11/14 | | | Horse Thief Hollow | | | 5187 | 28.01 | | 368.60 |
| Check | 11/12/14 | | | Taqueria Maigo Chino | | | 5187 | 64.69 | | 433.29 |
| Check | 11/12/14 | | | Tuscan Grill | | | 5187 | 84.95 | | 518.24 |
| Check | 11/17/14 | | | Horse Thief Hollow | | | 5187 | 92.46 | | 610.70 |
| Check | 11/18/14 | | | McDonalds | | | 5187 | 11.07 | | 621.77 |
| Check | 11/19/14 | | | Pepe's Mexican Rest... | | | 5187 | 42.78 | | 664.55 |
| Check | 11/20/14 | | | Don Pedro | | | 5187 | 28.33 | | 692.88 |
| Check | 11/21/14 | | | Horse Thief Hollow | | | 5187 | 23.64 | | 716.52 |
| Check | 11/21/14 | | | Round the Clock | | | 5187 | 35.04 | | 751.56 |
| Check | 11/24/14 | | | Don Pedro | | | 5187 | 40.00 | | 791.56 |
| Check | 11/24/14 | | | Horse Thief Hollow | | | 5187 | 196.93 | | 988.49 |
| Check | 11/26/14 | | | Harry O's | | | 5187 | 50.00 | | 1,038.49 |
| Check | 11/28/14 | | | Cooper's Hawk | | | 5187 | 35.99 | | 1,074.48 |
| Check | 11/28/14 | | | Carriage Court Pizza | | | 5187 | 37.40 | | 1,111.88 |
| Total Meals and Entertainment | | | | | | | | 1,111.88 | 0.00 | 1,111.88 |
| **Personal** | | | | | | | | | | |
| **Cedar Lake** | | | | | | | | | | |
| Check | 11/04/14 | 1713 | | | | | 5187 | 1,289.99 | | 1,289.99 |
| Total Cedar Lake | | | | | | | | 1,289.99 | 0.00 | 1,289.99 |
| **Charitable** | | | | | | | | | | |
| Check | 11/05/14 | | | Hilton | business or p... | | 5187 | 427.38 | | 427.38 |
| Total Charitable | | | | | | | | 427.38 | 0.00 | 427.38 |
| **Clothing** | | | | | | | | | | |
| Check | 11/03/14 | | | Ross Stores | | | 5187 | 306.14 | | 306.14 |
| Total Clothing | | | | | | | | 306.14 | 0.00 | 306.14 |
| **Groceries** | | | | | | | | | | |
| Check | 11/04/14 | | | Calabria Imports | | | 5187 | 37.65 | | 37.65 |
| Check | 11/25/14 | | | Costco | | | 5187 | 56.20 | | 93.85 |
| Check | 11/25/14 | | | Aldi | | | 5187 | 230.50 | | 324.35 |
| Total Groceries | | | | | | | | 324.35 | 0.00 | 324.35 |
| **Personal - Other** | | | | | | | | | | |
| Check | 11/03/14 | | | Walgreens | | | 5187 | 39.48 | | 39.48 |
| Check | 11/03/14 | | | | | | 5187 | 500.00 | | 539.48 |
| Check | 11/17/14 | | | | | | 5187 | 500.00 | | 1,039.48 |
| Check | 11/21/14 | | | Walgreens | | | 5187 | 32.87 | | 1,072.35 |
| Check | 11/24/14 | | | | | | 5187 | 80.00 | | 1,152.35 |
| Check | 11/24/14 | | | | | | 5187 | 200.00 | | 1,352.35 |
| Check | 11/24/14 | | | | | | 5187 | 200.00 | | 1,552.35 |
| Check | 11/26/14 | | | | | | 5187 | 500.00 | | 2,052.35 |
| Check | 11/28/14 | | | Target | | | 5187 | 21.84 | | 2,074.19 |
| Check | 11/28/14 | | | Strack and Van Til | | | 5187 | 29.29 | | 2,103.48 |
| Total Personal - Other | | | | | | | | 2,103.48 | 0.00 | 2,103.48 |
| Total Personal | | | | | | | | 4,451.34 | 0.00 | 4,451.34 |
| **Property Taxes** | | | | | | | | | | |
| **Western Ave** | | | | | | | | | | |
| Check | 11/04/14 | 1724 | | | | | 5187 | 1,300.00 | | 1,300.00 |
| Total Western Ave | | | | | | | | 1,300.00 | 0.00 | 1,300.00 |
| Total Property Taxes | | | | | | | | 1,300.00 | 0.00 | 1,300.00 |
| **Refund to Customer** | | | | | | | | | | |
| Check | 11/13/14 | 1731 | | | | | 5187 | 192.50 | | 192.50 |

10:00 AM
12/16/14

**Beverly Glass Service**

**Profit & Loss Detail**

November 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|---------|
| Total Refund to Customer | | | | | | | | 192.50 | 0.00 | 192.50 |
| **Office Expense** | | | | | | | | | | |
|   **Mailings** | | | | | | | | | | |
| Check | 11/21/14 | | | Federal Express | | | 5187 | 71.49 | | 71.49 |
|   Total Mailings | | | | | | | | 71.49 | 0.00 | 71.49 |
|   **Office Expense - Other** | | | | | | | | | | |
| Check | 11/05/14 | | | Intuit Quickbooks | | | 5187 | 9.95 | | 9.95 |
| Check | 11/25/14 | | | HP Product | | | 5187 | 14.99 | | 24.94 |
|   Total Office Expense - Other | | | | | | | | 24.94 | 0.00 | 24.94 |
|  Total Office Expense | | | | | | | | 96.43 | 0.00 | 96.43 |
| **Rent Expense** | | | | | | | | | | |
|   **Western Ave** | | | | | | | | | | |
| Check | 11/04/14 | 1724 | | | | | 5187 | 1,000.00 | | 1,000.00 |
|   Total Western Ave | | | | | | | | 1,000.00 | 0.00 | 1,000.00 |
|  Total Rent Expense | | | | | | | | 1,000.00 | 0.00 | 1,000.00 |
| **Shop Supplies** | | | | | | | | | | |
| Check | 11/12/14 | | | Ice Mountain | | | 5187 | 63.67 | | 63.67 |
| Check | 11/25/14 | 1745 | | | | | 5187 | 97.46 | | 161.13 |
|  Total Shop Supplies | | | | | | | | 161.13 | 0.00 | 161.13 |
| **Telephone Expense** | | | | | | | | | | |
| Check | 11/26/14 | | | Verizon | | | 5187 | 164.55 | | 164.55 |
|  Total Telephone Expense | | | | | | | | 164.55 | 0.00 | 164.55 |
| **Utilities** | | | | | | | | | | |
|   **Cedar Lake** | | | | | | | | | | |
| Check | 11/14/14 | | | NIPSCO | | | 5187 | 321.00 | | 321.00 |
|   Total Cedar Lake | | | | | | | | 321.00 | 0.00 | 321.00 |
|   **Knox** | | | | | | | | | | |
| Check | 11/14/14 | | | NIPSCO | | | 5187 | 64.25 | | 64.25 |
|   Total Knox | | | | | | | | 64.25 | 0.00 | 64.25 |
|  Total Utilities | | | | | | | | 385.25 | 0.00 | 385.25 |
| Total Expense | | | | | | | | 15,843.55 | 0.00 | 15,843.55 |
| Net Ordinary Income | | | | | | | | 43,364.02 | 53,417.35 | 10,053.33 |
| **Net Income** | | | | | | | | 43,364.02 | 53,417.35 | 10,053.33 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Sylvester, Michael D.   CASE NO.: 521-13-06990

FOR MONTH ENDING November 30 , 20 2014

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $61,381.86 |
| Add: purchases | $25,982.37 |
| Less: goods sold (cost basis) | $78,009.21 |
| Ending inventory | $9,355.02 |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $0.00 |
| Payroll taxes due but unpaid | $0.00 |

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|

# See Attached

* Include only post-petition payments.

OPERATING REPORT Page 4

## Status of Payments to Secured Creditors and Lessors

| Name of Creditor/Lessor | Due Date | Amount of Regular Payment | Number of Payments Delinquent | Amount of Payments Delinquent |
|---|---|---|---|---|
| Chase - Burke, Warren, Mackay, & Serritella PC Trust Fund | 11/1/14 | 520.10 | 1 | 520.10 |
| Chase - Burke, Warren, Mackay, & Serritella PC Trust Fund | 11/1/14 | 2,456.82 | 1 | 2,456.82 |
| South Western Chicago, LLC - Rent | 11/1/14 | 1,000.00 | | |
| South Western Chicago, LLC - Property Taxes | 11/1/14 | 1,300.00 | | |
| Paul Bach | 11/1/14 | 3,000.00 | 1 | 3,000.00 |

11:04 AM
12/16/14

## Beverly Glass Service
### Transaction Detail By Account
November 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|-----------------|---------|
| Property Taxes | | | | | | | | | | | |
| Western Ave | | | | | | | | | | | |
| Check | 11/04/14 | 1724 | | | | | 5187 | 1,300.00 | | 1,300.00 | 1,300.00 |
| Total Western Ave | | | | | | | | 1,300.00 | 0.00 | | 1,300.00 |
| Total Property Taxes | | | | | | | | 1,300.00 | 0.00 | | 1,300.00 |
| **TOTAL** | | | | | | | | **1,300.00** | **0.00** | | **1,300.00** |

Page 1

11:05 AM
12/16/14

**Beverly Glass Service**
**Transaction Detail By Account**
November 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|-----------------|---------|
| **Rent Expense** | | | | | | | | | | | |
| **Western Ave** | | | | | | | | | | | |
| Check | 11/04/14 | 1724 | | | | | 5187 | 1,000.00 | | 1,000.00 | 1,000.00 |
| Total Western Ave | | | | | | | | 1,000.00 | 0.00 | | 1,000.00 |
| Total Rent Expense | | | | | | | | 1,000.00 | 0.00 | | 1,000.00 |
| **TOTAL** | | | | | | | | **1,000.00** | **0.00** | | **1,000.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: <u>Sylvester, Michael D.</u>   CASE NO.: <u>521-13-06990</u>

FOR MONTH ENDING <u>November 30</u>, 20<u>14</u>

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 345,912.27 |
| Add: sales on account | $ |
| Less: collections | $ 67,801.64 |
| End of month balance | $ 268,123.97 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 35,972.04 | $ 107,808.20 | $ 34,083.68 | $ 90,260.05 | $ 268,123.97 |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: credit extended | $ 0.00 |
| Less: payments of account | $ 0.00 |
| End of month balance | $ 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Sylvester, Michael D.     CASE NO.: 521-13-06990

FOR MONTH ENDING November 30 , 20 2014

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1.  Federal Income Taxes          Yes (✓)     No ( )
2.  FICA withholdings             Yes (✓)     No ( )
3.  Employee's withholdings       Yes (✓)     No ( )
4.  Employer's FICA               Yes (✓)     No ( )
5.  Federal Unemployment Taxes    Yes (✓)     No ( )
6.  State Income Tax              Yes (✓)     No ( )
7.  State Employee withholdings   Yes (✓)     No ( )
8.  All other state taxes         Yes (✓)     No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

| Form 6123<br>(Rev. 06-97) | Department of the Treasury-Internal Revenue Service<br>**Verification of Fiduciary's Federal Tax Deposit** |
|---|---|
| | **Do not attach this Notice to your Return** |
| **TO** | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
| **FROM:** | Name of Taxpayer Michael D. Sylvester dba Beverly Glass Service |
| | Taxpayer Address 10430 S Western Ave, Chicago, IL 60643 |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| **Section 1**<br><br>Taxes Reported on Form 941, Employer=s Quarterly Federal Tax Return | **Form 941 Federal Tax Deposit (FTD) Information**<br><br>For the payroll period from _____ to _____<br><br>Payroll date _____<br><br>Gross wages paid to employees$_____<br><br>Income tax withheld$_____<br><br>Social Security (Employer's plus Employee's share of Social Security Tax) $_____<br><br>Tax Deposited  $_____<br><br>Date Deposited |
|---|---|
| **Section 2**<br><br>Taxes Reported on Form 940,Employer=s Annual Federal Unemployment Tax Return | **Form 940 Federal Tax Deposit (FTD) Information**<br><br>For the payroll period from _____ to _____<br><br>Gross wages paid to employees $_____<br><br>Tax Deposited  $_____<br><br>Date Deposited |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**

This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer=s Tax Guide (Publication 15)

| Deposit Method<br>(check box) | 9 Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>9 Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor=s Employer Identification Number: | | Name and Address of Bank |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed:                    Date:

Name and Title (print or type)

Cat. #43099Z                                   Form  **6123** (rev. 06-97)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Dawn Sylvester _____, acting as the duly authorized agent for

the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United

States that I have read and I certify that the figures, statements, disbursement itemizations, and

account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of

this report to the best of my knowledge, information and belief.

_____

For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Dawn Sylvester
_____

DATED: 12-17-2014

OPERATING REPORT Page 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Michael D. Sylvester _____, acting as the duly authorized agent for
the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United
States that I have read and I certify that the figures, statements, disbursement itemizations, and
account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of
this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Michael D. Sylvester

Owner, Beverly Glass Service

DATED: 12-17-14

OPERATING REPORT Page 8